IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHELLEY D. LINTON,

    Plaintiff,

v.                              CASE NO.: 4:09cv370-SPM/WCS

MICHELIN NORTH AMERICA, INC.,
a New York Corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice and with each party to bear its own fees and costs pursuant to the parties' stipulation (doc. 11) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 24th day of March, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge